UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ISRAEL KRAUS,
                Plaintiff,

v.

ZWICKER & ASSOCIATES, P.C.,
                Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 3586 (VB)

On April 22, 2021, plaintiff Israel Kraus commenced the instant action against defendant Zwicker & Associates, P.C. (Doc. #1).

On April 23, 2021, the Clerk of Court issued summons as to defendant. (Doc. #4).

On May 21, 2021, plaintiff docketed proof of service indicating service on defendant on May 10, 2021. (Doc. #5). Accordingly, defendant had until June 1, 2021, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

To date, defendant has neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by June 28, 2021, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by July 12, 2021. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: June 14, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge